UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CAROLE KITTRELL,

                                    Plaintiff,                                      **ORDER**

              -against-                                              10-CV-2606 (NGG)

THE DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES, et al.,

                                   Defendants.
-------------------------------------------------------------x

        Currently pending before this Court, on a referral from the Honorable Nicholas G. Garaufis, is defendants' motion for summary judgment. A review of the court file reveals that, despite having had two months to file papers in opposition, plaintiff's response to the motion for summary judgment includes neither a Rule 56.1 Counterstatement nor a memorandum of law, both of which are required by the Local Rules of the Southern and Eastern Districts of New York. See Local Civ. R. 7.1 (requiring that all oppositions to motions include a "memorandum of law, setting forth the cases and other authorities relied upon . . . ."); id. 56.1 ("The papers opposing a motion for summary judgment shall include a correspondingly numbered paragraph *responding to each numbered paragraph in the statement of moving party* . . . . Each statement must be followed by citation to evidence which would be admissible . . . .") (emphasis added).

        Plaintiff must comply with the aforesaid requirements by July 12, 2012 or face the consequences for noncompliance.

        SO ORDERED.

Dated:    Brooklyn, New York
             July 6, 2012

                                                      /s/ *Roanne L. Mann*
                                                  **ROANNE L. MANN**
                                                  **UNITED STATES MAGISTRATE JUDGE**